■ Donald S. Tracy, Appellant, v. A. B. C. Cab Corp. et al., Defendants, and Nickel Cab Corp., Respondent.— In an action to recover damages for personal injuries, allegedly caused by the striking of the rear of plaintiff's automobile by a taxicab owned, operated and controlled by defendants, plaintiff appeals from an order of the Supreme Court, Kings County, dated November 1, 1960, granting the motion of defendant Nickel Cab Corp., pursuant to rule 103 of the Rules of Civil Practice, to strike out, as prejudicial and immaterial, paragraphs Ninth, Eleventh and Twelfth of the amended complaint. Order affirmed, with $10 costs and disbursements. No opinion. The time of said defendant to answer the amended complaint, with said paragraphs deleted, is extended until 15 days after entry of the order hereon. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ Yonkers Factors, Inc., Respondent, v. Burton N. Pugach, Appellant.— In an action against defendant as an indorser or guarantor upon a promissory note made by a corporation for money loaned to it by plaintiff, in which defendant had executed a formal confession of judgment evidencing his liability, and in which judgment was thereafter entered against him upon his confession, he appeals from an order of the City Court of the City of Yonkers, dated September 2, 1960, denying his motion to vacate the judgment on the ground that plaintiff had obtained the confession by fraud; such denial being without prejudice, however, to a plenary action to vacate the judgment. On this appeal defendant, relying on section 541 of the Civil Practice Act, contends only that his confession is void because the statement in support thereof is incorrect and does not reflect the proper amounts involved in the transaction. Order affirmed, without costs. Defendant may not avoid his confession for inaccuracy. " Section 541 of the Civil Practice Act is intended only to protect creditors of a defendant from judgments entered on confession by collusion " (*Magalhaes* v. *Magalhaes*, 254 App. Div. 880, 881). Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

## (May 8, 1961)

■ Virginia N. Bishop, Respondent, v. Robert W. Bishop, Appellant.— Motion by appellant for a stay of his examination before trial, pending appeal. granted, on condition that appellant perfect the appeal and be ready to argue or submit it at the September Term, beginning September 6, 1961; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before August 1, 1961. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.